EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Luis A. Colón Trinidad | 2007 TSPR 89 171 DPR ____ |
|---|---|

Número del Caso: TS-3839

Fecha: 11 de mayo de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja Voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis A. Colón Trinidad                    TS-3839


RESOLUCION

San Juan, Puerto Rico, a 11 de mayo de 2007.

Examinada la "Moción Solicitando Autorización Para Baja Voluntaria" de 4 de abril de 2007, presentada por el Colegio de Abogados de Puerto Rico se autoriza al Lcdo. Luis A. Colón Trinidad, a darse de baja como abogado, según solicitado por éste.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo